American Export Lines, Inc., Appellant, v. First National Bank of Chicago, Appellee.

Gen. No. 41,951.

Heard in first division, first district, this court at October term, 1941; opinion filed April 20, 1942. Eugene P. Kealy, for appellant; Lederer, Livingston, Kahn & Adsit, for appellee; Harry H. Kahn and Sherman P. Cohen, of counsel. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."